## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 07-255 (RHK/FLN) |
| Plaintiff, | **ORDER TO CONTINUE TRIAL** |
| v. | |
| Seth Matthew Mitchell, | |
| Defendant. | |

---

The United States has made a Motion to Continue the trial in this case by one day.  Trial is currently set for Monday, December 3, 2007.  The Assistant United States attorney prosecuting this case has a vacation planned out of town, returning on Sunday December 2, 2007.  The Defendant has no objection to this continuance.  The Defendant previously waived speedy trial until December 3, 2007, to accommodate the preparation of his defense.  A one day continuance is reasonable and the interests of justice outweigh the interests in a speedy trial in this instance pursuant to 18 U.S.C. § 3161(h)(8)(A).  Thus, **IT IS HEREBY ORDERED** that the trial be continued to December 4, 2007.

Dated: October 15, 2007

                                                              s/Richard H. Kyle
                                                              RICHARD H. KYLE
                                                              United States District Judge